UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cr-00049 |
| | ) | Senior Judge Nixon |
| REBECCA P. SULLIVAN | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **Rebecca P. Sullivan,** by and through her undersigned counsel, and respectfully requests that this Honorable Court continue the sentencing hearing in her case from Friday, March 29, 2013 at 10:30 a.m., to a later date convenient to the Court and counsel at least six months from now. In support hereof, Defendant states as follows:

1. The sentencing hearing in this case is currently scheduled for Friday, March 29, 2013 at 10:30 a.m. (Docket Entry 24).

2. Undersigned counsel will supplement this filing with an *in camera* affidavit reciting the reasons for the continuance request.

3. Assistant United States Attorney Kathryn B. Ward has authorized undersigned counsel to report that the government does not oppose this motion.

**WHEREFORE,** based on the foregoing, Defendant Sullivan respectfully requests that this Honorable Court continue the sentencing hearing in her case from Friday, March 29, 2013 at 10:30 a.m., to a later date convenient to the Court and counsel at least six months from now.

1

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Suite 1700, Regions Center
315 Deaderick Street
Nashville, Tennessee 37238
(615) 244-2770


S:/ Peter Strianse
PETER J. STRIANSE
Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system unless not registered and, in that event deposited in the United States mail, postage prepaid, to:

Kathryn B. Ward
Assistant United States Attorney
110 Ninth Avenue South
Suite A961
Nashville, TN 37203-3870


this 26th day of March, 2013.

S:/ Peter J. Strianse
PETER J. STRIANSE

*[Handwritten notation: Granted - Re-set for September 20, 2013 at 10:00 a.m.]*