IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **No. 3:12-cr-00049-1** |
| v. | ) | |
| | ) | **Judge Nixon** |
| **REBECCA P. SULLIVAN** | ) | |

## ORDER

Pending before the Court are Defendant Rebecca P. Sullivan's Motion to Continue Sentencing Hearing ("Motion to Continue") (Doc. No. 30) and Motion for Permission to File Document Under Seal ("Motion to File Under Seal") (Doc. No. 31). Counsel for Defendant, Peter J. Strianse, has informed the Court that the Government does not oppose either motion. Accordingly, the Court **GRANTS** both the Motion to Continue and the Motion to File Under Seal. Defendant's sentencing hearing is **CONTINUED** to **May 2, 2014**, at **10:00 a.m.** and Defendant's pleading (Doc. No. 32) shall be filed under seal.

It is so ORDERED.

Entered this the 2nd day of October, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT